**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1516**

SURESH C. SHRENI,

              Plaintiff – Appellant,

        v.

DEPARTMENT OF TREASURY, Internal Revenue Service,

              Defendant – Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.    Alexander Williams, Jr., District Judge.  (8:07-cv-02209-AW)

Submitted:  October 20, 2009        Decided:  October 23, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Suresh C. Shreni, Appellant Pro Se.  Michael Justin Friedman, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Suresh C. Shreni appeals the district court's order granting summary judgment to the Defendant on Shreni's employment discrimination action filed pursuant to Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981 (2006), and a subsequent order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shreni v. Dep't of Treasury, No. 8:07-cv-02209-AW (D. Md. Dec. 18, 2008; Apr. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED